■ Hickory Rest Stops, Inc., et al., Appellants, v. Harriman-Hudson Corporation et al., Respondents. Harriman Hudson Corp., Plaintiff, v. Gerald Orseck, Defendant.—

Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.